UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Ray Anderson, David J. Oberg, and David John Zins,

Plaintiffs,

vs.

Eveleth Mines, L.L.C., d/b/a EVTAC Mining,

Defendant.

Case No. 00-CV-2492 DWF/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The parties to the above entitled matter, through their respective counsel, hereby stipulate and agree that this matter may be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

**SO STIPULATED:**

Dated: 10/23/01

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall (#155597)
Natalie I. Wyatt-Brown (#260757)
150 South Fifth Street, Suite 2800
150 Fifth Street Towers
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT

Dated: 10/13/01

JILL CLARK, P.A.

Jill Clark (#196988)
2005 Aquilla Avenue North
Golden Valley, MN 55427

THERESA L. SCHULZ, P.A.

Theresa L. Schulz(#256262)
4030 Isle Avenue North
Lake Elmo, MN 55042.
ATTORNEYS FOR PLAINTIFF

FILED DEC 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 0 6 2001
DEPUTY CLERK

**ORDER**

Pursuant to Stipulation of the parties, it is hereby ordered that this action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated this 6th day of December, 2001.

By ______________________
The Honorable Donovan W. Frank
Judge of United States District Court